UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>               Plaintiff,           )<br>                                    )<br>     v.                             )<br>                                    )<br>FERMIN INDA-PARRA,                  )<br>                                    )<br>                                    )<br>               Defendant.           )<br>                                    )<br>_____) | 1:95-CR-5229 REC<br><br>NEW CASE NUMBER:<br><br>1:95-CR-5229 OWW<br><br><br><br>**ORDER REASSIGNING CASE** |

   This matter was previously assigned to the docket of Judge Robert E. Coyle.  The above-named defendant having filed a Motion to Vacate or Set Aside Sentence, pursuant to 28 USC 2255, and the Clerk of the Court having done a random reassignment, it is ordered that this matter is reassigned to the docket of Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   October 2, 2007**               **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

1